**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| IN RE: | CASE NO: 15-06879/W/3 |
|---|---|
| NAOMI GAVIN JAMES | |
| 2221 SPICEWOOD DR | (CHAPTER 13) |
| FLORENCE, SC 29505 | |
| | TRUSTEE'S NOTICE OF |
| | UNCLAIMED DIVIDENDS |
| DEBTOR | |

Enclosed from the office of William K. Stephenson, Jr., Trustee for the above referenced case is check number 1109812 in the amount of $482.35 representing monies designated as dividends to creditors or debtor refund as follows:

| CREDITOR/PAYEE | CLAIM # | REASON FOR RETURN | AMOUNT |
|---|---|---|---|
| JONATHAN LB DAVIS | ATTORNEY | Returned Mail | $482.35 |
| 148 LACAYA RD | | | |
| BLYTHEWOOD, SC | | | |
| 29016 | | | |

October 31, 2019

/s/ William K. Stephenson, Jr.
William K. Stephenson, Jr., Trustee

\* If reason for return is other than those listed, please note reason.

_____

(For Bankruptcy Court Use ONLY)

BANKRUPTCY TRUSEE LEDGER

TITLE:
_____

| DATE | REFERENCE | RECEIVED | DISBURSED | BALANCE |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |