**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>NAOMI GAVIN JAMES<br><br>2221 SPICEWOOD DR<br>FLORENCE, SC 29505<br><br><br>DEBTOR | CASE NO: 15-06879/W/3<br><br>(CHAPTER 13)<br><br>TRUSTEE'S NOTICE OF<br>UNCLAIMED DIVIDENDS |

Enclosed from the office of William K. Stephenson, Jr., Trustee for the above referenced case is check number 1109885 in the amount of $457.28 representing monies designated as dividends to creditors or debtor refund as follows:

| CREDITOR/PAYEE | CLAIM # | REASON FOR RETURN | AMOUNT |
|---|---|---|---|
| JONATHAN LB DAVIS | ATTY | Returned Mail | $457.28 |
| 148 LACAYA ROAD<br>BLYTHEWOOD, SC<br>29016 | | | |

January 16, 2020

/s/ William K. Stephenson, Jr.
William K. Stephenson, Jr., Trustee

\* If reason for return is other than those listed, please note reason.

_____

(For Bankruptcy Court Use ONLY)

BANKRUPTCY TRUSEE LEDGER

TITLE:
_____
DATE         REFERENCE         RECEIVED         DISBURSED         BALANCE
_____

_____   _____   _____   _____   _____

_____   _____   _____   _____   _____

_____   _____   _____   _____   _____

_____   _____   _____   _____   _____

_____   _____   _____   _____   _____